UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

Pamela Swain,                    Case No.: CV414-071
   Plaintiff.
Vs.
Career Education Corporation, Colorado Technical University, Defendants.

RESPONSE TO ORDER

    Herein is the additional information requested by the court. Paperwork from this court was mailed May 14, 2014, but was not received by the plaintiff until May 31, 2014. However, the paperwork was mailed June 2, 2014 to the US FEDERAL DISTRICT COURT still falling within the time frame of 14 day of the court order due to business days from May 14, 2014 end June 3, 2014. I beseech the judge to recognize the failure of the mail system and note that this document had been previously completed when initial paperwork in April had been filed.

Pamela Swain
1553 Community Rd
Glennville, GA, 30427



Pamela Swain
1553 Community Rd
Glenville GA 30427

GLENNVILLE, GA. 30427
JUL 02 2014

31401374900D3