IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PAMELA DIANNE SWAIN,

    Plaintiff,

v.    CASE NO. CV414-071

COLORADO TECHNICAL UNIVERSITY
and CAREER EDUCATION CORP.,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case with the following modification: Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of July 2014.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA